## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Trustees of the Minnesota State<br>Basic Building Trades Fringe Benefit Funds,<br><br>                  Plaintiffs,<br><br>vs.<br><br>RHC Construction, Inc., a Minnesota<br>corporation; and Tracie Hogrefe,<br><br>                  Defendants. | Civil File No. 04-1349 MJD/RLE<br><br><br>**ORDER** |

---

Based upon the Notice of Dismissal Without Prejudice, **IT IS ORDERED** that Co-Defendant Tracie Hogrefe is **DISMISSED WITHOUT PREJUDICE**, and without costs.


Dated: December 19, 2005                <u>s/ Michael J. Davis</u>
                                                MICHAEL J. DAVIS
                                                United States District Judge