## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Trustees of the Minnesota State<br>Basic Building Trades Fringe Benefit Funds, | Civil File No. 04-1349 MJD/RLE |
| Plaintiffs, | |
| vs. | **ORDER FOR DISMISSAL** |
| RHC Construction, Inc., a Minnesota<br>corporation, | |
| Defendant. | |

---

Based upon the parties' Stipulation, this matter is hereby dismissed without prejudice and without costs to either party.

SO ORDERED.


Dated: June 12, 2006            s / Michael J. Davis
                                MICHAEL J. DAVIS
                                United States District Judge